# DISCIPLINARY DOCKET

**94–2654.  Disciplinary Counsel v. Mesi.**
This cause has come on for further consideration upon the filing of a Petition for Reinstatement by respondent, Philip Anthony Mesi.  On April 22, 1998, the Board of Commissioners on Grievances and ' Discipline filed its report recommending that respondent, Philip Anthony Mesi, be reinstated to the practice of law in Ohio.  Pursuant to Gov.Bar R. V(10)(G)(6), relator filed objections on May 7, 1998.

IT IS HEREBY ORDERED by the court that respondent may file an answer brief on or before fifteen days from the date of filing of objections.

*Wednesday, May 20, 1998*

# MERIT DOCKET

**96–2247.  State ex rel. The Plain Dealer v. Ohio Dept. of Ins.**
In Mandamus.  Upon consideration of relators' Memorandum and Documentation in Support of Award of Attorney Fees and pursuant to relators' Motion for an Order Awarding Fees following this court's decision in *State ex rel. The Plain Dealer v. Ohio Dept. of Ins.* (1997), 80 Ohio St.3d 513, 687 N.E.2d 661, the following portions of the requested amount are denied: $3,975 for fee application preparation; $2,000 in preparation for oral argument which is unsupported by the relators' submission; and $20,305 for failure to comply fully with this court's order of February 11, 1998, requesting the relators to "include a detailed breakdown relating to the court's disposition of each of the legal issues decided in this action and, with respect to each issue decided by the court, the basis upon which fees should be granted or not granted."  Therefore,

IT IS ORDERED by the court that relators are allowed their attorney fees in the amount of $40,610.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would award attorney fees in the amount of $60,915.

DOUGLAS, J., not participating.

**98–535.  State ex rel. Sevayega v. Pokorny.**
In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–589.  State ex rel. McCool v. Ohio Adult Parole Auth.**
In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents and would grant the writ.

**98–660.  Gerhart v. Mohr.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–667.  Griffin v. Karnes.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.